IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA DE LOS A. RIVERA SERRANO

DEBTOR(S)

CASE NUMBER: 10-09122 (ESL)

CHAPTER 13 ASSET CASE)

**DEBTORS REPLY TO TRUSTEE'S MOTION TO DISMISS**

**TO THE HONORABLE COURT:**

COMES now Debtor(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. That on January 18th, 2011, Trustee filed Motion to modify or dismiss.

2. Debtor is making a Post Confirmation Modification in order to fund the plan which fell short after confirmation.

3. Based on the abovementioned, it is debtor's contention that Trustee's motion to dismiss turns into a moot one.

**NOTICE**

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

Maria De Los A. Rivera Serrano
Case No. 10-09122 (ESL)
Page No. 2
Debtor Reply to Banco Popular....

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the present Motion, therefore deny Trustee's Motion to Dismiss.

In San Juan, Puerto Rico, this 8th, day of February 2011.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

RIVERA SERRANO MARIA DE LOS
ANGELES
COND BRISAS DE MONTEFLORES
2005 CALLE SAGRADO CORAZON APT 5B
SAN JUAN PR 00915

R-G MORTGAGE
PO BOX 362394
SAN JUAN PR 00936-2394

MARILYN VALDES ORTEGA LAW OFFICES
PO BOX 195596
SAN JUAN PR 00919-5596

ASOC COND COND BRISAS DE M FLORES
C/O PREFERRED HOME SERVICES INC
PO BOX 4069
BAYAMON PR 00958-1069

COOP A/C DE GUAYNABO
CARRAZO # 66 BOX-1299
GUAYNABO PR 00970

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN PR 00902

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY PR 00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN PR 00902-0192

FIRST PREMIER BANK
PO BOX 5519
SIOUX FALLS SD 57117-5519

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA 19114-0326

PR TELEPHONE CO
PO BOX 70239
SAN JUAN PR 00936