# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA DE LOS A. RIVERA SERRANO

DEBTOR(S)

CASE NUM.: 10-09122 ESL

CHAPTER 13 (ASSET CASE)

## DEBTOR'S OBJECTION TO CLAIM #5-1

**TO THE HONORABLE COURT:**

**COMES NOW** debtor represented through its undersigned counsel and respectfully, alleges and prays:

Pursuant to Rules 3001(d) & 3007 F.R.B.P., debtor herein submit an opposition to the allowance of claim #5-1 filed by Asoc. De Condomines Brisas de Miraflores based on the following grounds:

1. Creditor Asoc. De Condomines Brisas de Miraflores, filed Proof of Claim in the amount of $12,764.19 dollars.

2. Debtor objects due to the fact that the claim is not correct, creditor does not include all Trustee payments in the balance. They only included two (2) of thirteen (13) payments. *Enclosed please file find evidence of Trustee disbursement. Exhibit I and II.*

**NOTICE:** Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been

served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

**WHEREFORE** debtor respectfully requests of this Honorable Court to grant the present OBJECTION, therefore Claim #5-1 filed by Asoc. De Condomines Brisas de Monteflores to be disallowed.

In San Juan, Puerto Rico, this 21st day of March 2011.

**RESPECTFULLY SUBMITTED.**

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail.valdeslaw@prtc.net

Page 1

**Preferred Home Services, Inc.**
PO Box 4069 Bayamón PR 00958-1069
Tel. (787) 740-7900    Fax 269-7845
www.phscollect.com

ACCOUNT STATEMENT CLOSING DATE 12/10/2010
ASOCIACION DE CONDOMINOS CONDOMINIO BRISAS DE MONTEFLORES
monteflores@phshome.com

HOME ADDRESS:
COND BRISAS DE MONTE FLORES

157-05BL
MARIA DE LOS ANGELES RIVERA SERRANO

| DATE | REFERENCE | CHECK NO. | CR | DR | BALANCE |
|---|---|---|---|---|---|
| 12/01/2009 | PREVIOUS BALANCE | | | 13,316.97 | 13,316.97 |
| 6/01/2010 | CR ADJS-TRANS D 157- | 541289 | 276.39 | | 13,040.58 |
| 6/01/2010 | CR ADJS-TRANS D 157 | 544598 | 276.39 | | 12,764.19 |
| | | | | | 12,764.19 |

**FINANCIAL SUMMARY - CASE 08-01860**

Print Page | Printer Friendly

MARIA DE LOS ANGELES RIVERA SERRANO paying **$760.00** MONTHLY

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |

Limits: Select Start Date   Select Claim ID   ASOC. COND. COND. BRISAS DE M. FLORES   Check Status: Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 2/18/2010 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 544598 | CREDITOR PAYMENT (PRINCIPAL) - INDIVIDUAL CLOSEOUTS | | $276.39 | |
| 1/1/2010 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 541289 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $276.39 | |
| 11/2/2009 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 536900 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $276.39 | |
| 9/1/2009 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 532700 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $275.62 | |
| 7/1/2009 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 528745 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $275.62 | |
| 6/1/2009 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 526773 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $236.74 | |
| 5/1/2009 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 524822 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $236.74 | |
| 4/1/2009 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 521988 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $236.75 | |
| 3/2/2009 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 519620 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $1,183.72 | |
| 2/2/2009 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 517444 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $236.74 | |
| 1/2/2009 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 515119 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $236.75 | |
| 12/3/2008 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 512690 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $236.74 | |
| 11/5/2008 | 2 | ASOC. COND. COND. BRISAS DE M. FLORES | 510575 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $163.73 | |
| | | | | Totals: | $0.00 | $4,148.32 | |

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**10-09122-ESL13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor CARLOS A. ORTIZ ORTIZ
valdeslaw@prtc.net


**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**10-09122-ESL13 Notice will not be electronically mailed to:**

ASOC. COND. COND. BRISAS DE M. FLORES
C/O PREFERRED HOME SERVICES, INC.
PO BOX 4069
BAYAMON, PR  00958-1069

COOP A/C DE GUAYNABO
CARRAZO # 66 BOX-1299
GUAYNABO, PR  00970

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR  00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FIRST PREMIER BANK
PO BOX 5519
SIOUX FALLS, SD  57117-5519

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA  19114-0326

PR TELEPHONE CO
PO BOX 70239
SAN JUAN, PR  00936

R-G MORTGAGE
P.O. BOX 362394
SAN JUAN, PR  00936-2394