IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MARIA DE LOS ANGELES RIVERA SERRANO

XXX-XX-2006

Debtor(s)

CASE NO. 10-09122 ESL

Chapter 13

FILED & ENTERED ON 05/04/2011

## O R D E R

Debtor's objection to claim #5 filed by ASOC CONDOMINES BRISAS DE MIRAFLORES (docket entry #27), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and it is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 04 day of May, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
MARILYN VALDES ORTEGA
JOSE RAMON CARRION MORALES
ASOC CONDOMINES BRISAS DE MIRAFLORES
CLAIMS REGISTER