IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 10-09122 ESL |
| MARIA DE LOS ANGELES RIVERA SERRANO | Chapter 13 |
| | |
| XXX-XX-2006 | |
| | FILED & ENTERED ON 05/18/2011 |
| Debtor(s) | |

## ORDER AND NOTICE

A hearing is hereby scheduled for JUNE 22, 2011 AT 2:00 P.M. to consider the following:

1- Debtor's post conf. modification of plan dtd 3/21/11 (#29)

2- Trustee's unfavorable recommendations (#30, #35)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 18th day of May, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All creditors