IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA DE LOS A. RIVERA SERRANO

DEBTOR(S)

CASE NUMBER: 10-09122 (ESL)

CHAPTER 13 ASSET CASE)

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

   **a. In order to eliminate provision of the Trustee to retain jurisdiction over suit against Coop A/C Guaynabo.**

3. Debtor (s) amend plan call twelve (12) payment of $575.00 and forty eight (48) payments of $780.00 for a total base of $44,340.00 dollars with a provision for the arrears payments to Asoc. De Condomines, account ending number-05-B and for the arrears payments of RG Mortgage, account ending number-9308.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

MARIA DE LOS A. RIVERA SERRANO
CASE NO.; 10-09122 ESL
Page 2
DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE

## NOTICE

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 17th, day of June 2011.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                    Case No. **10-09122-ESL**

**RIVERA SERRANO, MARIA DE LOS ANGELES**            Chapter **13**
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____            ☑ AMENDED PLAN DATED: **6/17/2011**
    ☐ PRE    ☐ POST-CONFIRMATION           Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ | 575.00 x | 12 = $ | 6,900.00 |
| $ | 780.00 x | 48 = $ | 37,440.00 |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |

                     TOTAL: $    **44,340.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

       PROPOSED BASE: $     **44,340.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $    **2,574.00**
                              ~~350~~

                **$ 2,924.00**

Signed: **/s/ MARIA DE LOS ANGELES RIVERA SE**
        Debtor

        Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**        Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR    $ _____

B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **ASOC. COND. COND**    Cr. **R-G MORTGAGE**    Cr. _____
# **7-05B**                  # **9308**                 #
$    **9,168.65**      $    **12,197.44**      $

2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
    **R-G MORTGAGE**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

IN RE RIVERA SERRANO, MARIA DE LOS ANGELES Case No. 10-09122-ESL
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

EQUAL MONTHLY PAYMENT TO ASOC. DE CONDOMINES CONDOMINIO BRISAS DE MONTEFLORES AFTER CONFIRMATION $317.00 MONTHLY TO BE PAID BY THE TRUSTEE, MONTHS (7-50)

EQUAL MONTHLY PAYMENT TO RG MORTGAGE AFTER CONFIRMATION OF $200.00 MONTHS (7-50)


TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

I HEREBY CERTIFY: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**10-09122-ESL13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor CARLOS A. ORTIZ ORTIZ
valdeslaw@prtc.net


I HEREBY CERTIFY: That I have mailed by regular mail to all creditors listed.

**10-09122-ESL13 Notice will not be electronically mailed to:**

ASOC. COND. COND. BRISAS DE M.
FLORES
C/O PREFERRED HOME SERVICES,
INC.
PO BOX 4069
BAYAMON, PR 00958-1069


COOP A/C DE GUAYNABO
CARRAZO # 66 BOX-1299
GUAYNABO, PR 00970


DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902


DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR 00918


FEDERAL LITIGATION DEPT OF
JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192


FIRST PREMIER BANK
PO BOX 5519
SIOUX FALLS, SD 57117-5519

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326


PR TELEPHONE CO
PO BOX 70239
SAN JUAN, PR 00936


R-G MORTGAGE
P.O. BOX 362394
SAN JUAN, PR 00936-2394